In the Matter of Proving the Will of ELIZABETH H. FOWLER, Deceased.

HARRIET F. COLBY, Appellant; ANNA F. STURGES et al., Respondents.

*Matter of Fowler*, 158 App. Div. 890, affirmed.
(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 8, 1913, which affirmed a decree of the Ontario County Surrogate's Court admitting to probate the will of Elizabeth H. Fowler, deceased.

*John H. Corwin, Philip S. Dean* and *Francis J. McBarron* for appellant.

*Fitzhugh McGrew* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, *v.* MAURICE E. CONNOLLY, as President of the Borough of Queens, Respondent.

*People ex rel. Brooklyn Heights R. R. Co. v. Connolly*, 160 App. Div. 905, appeal dismissed.
(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1913, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to issue to the relator a permit to enter upon and open Fresh Pond road for the purpose of laying railroad tracks.